# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. GOODEN,<br><br>    Plaintiff,<br><br>    v.<br><br>P. YANEZ, et al.,<br><br>    Defendants. | Case No. 1:22-cv-0871-SAB (PC)<br><br>ORDER VACATING SEPTEMBER 30, 2022 SERVICE ORDER, AND DIRECTING DEFENDANT YANEZ TO FILE A RESPONSE WITHIN THIRTY DAYS<br><br>(ECF No. 16) |

Allen B. Gooden (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 30, 2022, the Court issued an order finding the first amended complaint appropriate for electronic service against Defendant Yanez. (ECF No. 16.) Inasmuch as Defendant Yanez removed this action from state court and has already appeared, it is HEREBY ORDERED that:

1. The Court's September 30, 2022 order directing electronic service of Defendant Yanez (ECF No. 16) is VACATED; and

2. Defendant Yanez shall file a response to the first amended complaint within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **September 30, 2022**

UNITED STATES MAGISTRATE JUDGE

1