# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. GOODEN,<br><br>    Plaintiff,<br><br>v.<br><br>P. YANEZ,<br><br>    Defendant. | Case No. 1:22-cv-0871-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 19) |

Allen B. Gooden (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the time to file a responsive pleading, filed October 31, 2022.

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendant to file a responsive pleading is extended to November 14, 2022.

IT IS SO ORDERED.

Dated:   **November 1, 2022**

                      UNITED STATES MAGISTRATE JUDGE

1