# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLEN B. GOODEN, | Case No. 1:22-cv-0871-SAB (PC) |
|---|---|
| Plaintiff, | ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER |
| v. | |
| P. YANEZ, | (ECF No. 23) |
| Defendant. | |

Allen B. Gooden (Plaintiff), a state prisoner, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 8, 2022, Plaintiff filed a reply to Defendant's answer. (ECF No. 23.)

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file a reply to an answer, and the Court did not order that a reply be filed. Fed. R. Civ. P. 7(a)(7). Therefore, the reply to the answer filed by Plaintiff on December 8, 2022, is stricken from the record.

IT IS SO ORDERED.

Dated:   **December 12, 2022**

UNITED STATES MAGISTRATE JUDGE

1