# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN B. GOODEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. YANEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-0871-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE ALLEN B. GOODEN, CDCR No. C-66314 |

A settlement conference in this matter commenced on January 31, 2023, Allen B. Gooden, CDCR No. C-66314, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　**January 31, 2023**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1