# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALLEN B. GOODEN,      | Case No. 1:22-cv-0871-ADA-SAB (PC) |
|---|---|
| Plaintiff,            | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v.                    | |
| P. YANEZ, et al.,     | THIRTY DAY DEADLINE |
| Defendants.           | |

The Court conducted a settlement conference in this action on January 31, 2023, and the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **February 1, 2023**

UNITED STATES MAGISTRATE JUDGE

1